```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 29471
    CHARLES L GENTRY
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-6505


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/09/2004 and was confirmed 11/29/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 07/13/2007.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
BANK ONE                    UNSEC W/INTER    2565.96         178.82        2565.96
ROTHBERG & LOGAN            NOTICE ONLY     NOT FILED           .00            .00
CITY OF CHICAGO PARKING     UNSEC W/INTER    4195.00         292.32        4195.00
CITY OF CHICAGO DEPT OF     NOTICE ONLY     NOT FILED           .00            .00
LINEBARGER GOGGAN BLAIR     NOTICE ONLY     NOT FILED           .00            .00
COMMONWEALTH EDISON         UNSEC W/INTER   NOT FILED           .00            .00
HOUSEHOLD BANK              UNSEC W/INTER   NOT FILED           .00            .00
ALLIED INTERSTATE           NOTICE ONLY     NOT FILED           .00            .00
HOUSEHOLD BANK              UNSEC W/INTER   NOT FILED           .00            .00
CCB CREDIT SERVICE INC      NOTICE ONLY     NOT FILED           .00            .00
ILLINOIS SECRETARY OF ST    UNSEC W/INTER   NOT FILED           .00            .00
STEVEN D GERTLER & ASSOC    NOTICE ONLY     NOT FILED           .00            .00
INSTANT CASH ADVANCE        UNSEC W/INTER   NOT FILED           .00            .00
ORCHARD BANK                UNSEC W/INTER   NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE    UNSEC W/INTER     324.81          44.70         324.81
CFC FINANCIAL CORPORATIO    UNSEC W/INTER     729.74          50.95         729.74
CFC FINANCIAL CORPORATIO    NOTICE ONLY     NOT FILED           .00            .00
STEVEN D GERTLER & ASSOC    UNSEC W/INTER    5252.78         295.64        5252.78
LEDFORD & WU                DEBTOR ATTY     2,194.00                      2,194.00
TOM VAUGHN                  TRUSTEE                                         890.65
DEBTOR REFUND               REFUND                                          734.63

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             17,750.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                      13,068.29
    INTEREST                                      862.43

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 29471 CHARLES L GENTRY
```

```
ADMINISTRATIVE                                              2,194.00
TRUSTEE COMPENSATION                                          890.65
DEBTOR REFUND                                                 734.63
                                    ---------------    ---------------
TOTALS                                    17,750.00          17,750.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 10/25/07                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                           PAGE   2
         CASE NO. 04 B 29471 CHARLES L GENTRY